# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

**JASON P. TOPE,**

    **Petitioner,**

**v.**

**STATE OF WISCONSIN,**

    **Respondent.**

**JUDGMENT on a Motion pursuant to 28 U.S.C. § 2254**

**Case No.: 3:07-cv-0661-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

**THERESA M. OWENS**
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
by Deputy Clerk

11/29/07
_____
Date