# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| **JASON P. TOPE,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2254** |
| v. | Case No.: 3:07-cv-0661-bbc |
| **STATE OF WISCONSIN,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
by Deputy Clerk

11/29/07
_____
Date